IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO GONZALEZ,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. B-14-63 |
| | § | |
| SNODGRASS BROTHERS, INC. and<br>MICHAEL S., INC.<br>    Defendant. | §<br>§<br>§ | |

### ORDER

On August 20, 2014, the mediator filed a report, which indicated that the parties had resolved all of their claims against each other. Dkt. No. 20. On that same date, the Court ordered the parties to file, no later than October 6, 2014, a joint notice of dismissal or a joint brief concerning the progress of the settlement. Dkt. No. 22.

On October 6, 2014, the parties filed a joint notice to the Court, indicating that additional time was needed to complete the settlement. Dkt. No. 23.

The Court **ORDERS** the parties to file, no later than January 5, 2015, a joint notice of dismissal or a joint brief concerning the progress of the settlement. All deadlines remain suspended until the Court orders otherwise.

DONE at Brownsville, Texas, on October 7, 2014.

_____
Ronald G. Morgan
United States Magistrate Judge

1